NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**MEMORY INTEGRITY, LLC,**
*Appellant*

v.

**SONY CORPORATION, SONY ELECTRONICS, INC., SONY MOBILE COMMUNICATIONS AB, SONY MOBILE COMMUNICATIONS (USA), INC., APPLE INC., HTC CORPORATION, HTC AMERICA, INC., SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., AMAZON.COM, INC., LG ELECTRONICS, INC., LG ELECTRONICS USA, INC., LG ELECTRONICS MOBILECOMM USA, INC.,**
*Appellees*

2016-2367, -2368

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2015-00158, IPR2015-00163, and IPR2015-01353.

**(CORRECTED) O R D E R**

The above-captioned appeals appear to be related.

We consolidate the cases, and thus one set of briefs should be filed for the two appeals.

Accordingly,

IT IS ORDERED THAT:

The appeals are consolidated. The revised official caption is reflected above. The certified lists are due no later than August 30, 2016.

FOR THE COURT

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

s26